# IN THE SUPREME COURT OF THE STATE OF NEVADA

EDDIE EARVIN BELL,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 70573

EDDIE EARVIN BELL,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 70941

**FILED**

SEP 06 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are pro se notices of appeal from district court orders "regarding defendant's pro se motion N.R.C.P. Rule #60(B)(1)(2)(3)(4), relief from judgment and/or order" and denying a "motion N.R.C.P. #60(B)(3)(4) relief from judgment and/or order." Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

Because no statute or court rule permits an appeal from such orders in a criminal matter, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER these appeals DISMISSED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:    Hon. William D. Kephart, District Judge
Eddie Earvin Bell
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A